# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 02 C 5085 | DATE | 2/20/2004 |
| CASE TITLE | GEORGE WEILAND, etal vs. RAUSCH CONSTRUCTION COMPANY | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion And Order. Judgment is entered in favor of plaintiffs and against defendant in the amount of $10,652.04. Plaintiffs' motion for summary judgment is granted.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | FEB 23 2004 | 17 |
| ✓ | Docketing to mail notices. | | |
| ✓ | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| LG | courtroom deputy's initials | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GEORGE WEILAND, et al.,

        Plaintiffs,

vs.

No. 02 C 5085

RAUSCH CONSTRUCTION COMPANY
INCORPORATED,

        Defendant.

DOCKETED
FEB 2 3 2004

## MEMORANDUM OPINION AND ORDER

This is a case in which being stubborn comes at a considerable cost. Plaintiffs wanted to conduct an audit and they were entitled to do so. They finally got one, and it disclosed only a very minor deficiency, which defendant then paid. But the process of getting there was long and arduous — numerous trips by the auditors to defendant's place of business, a lawsuit, court orders, numerous appearances in court and preparation of a summary judgment motion by plaintiffs.

That motion and the accompanying exhibits and affidavits (to which defendant did not respond) disclose and establish that defendant now only owes $18.17 in liquidated damages and $9.27 in interest on the previously delinquent contributions, but it took $4,690 in audit fees, $5,703.80 in attorneys' fees, and $230.80 in costs, to get there. Unfortunately for defendant, those charges must be paid by the company. We enter judgment for plaintiffs and against defendant in the amount of $10,652.04.

                                                      JAMES B. MORAN
                                          Senior Judge, U. S. District Court

Feb. 20, 2004.