# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 5085 | **DATE** | 5/3/2004 |
| **CASE TITLE** | GEORGE WEILAND, et al vs. RAUSCH CONSTRUCTION COMPANY | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion And Order. Judgment is entered in favor of plaintiffs and against defendant. It is clear that the Trust Agreement, in the circumstances presented, require the defendant to pay the audit fees, and that 29 U.S.C. 1132(g)(2) requires defendant to pay plaintiffs' legal fees, now increased to $7,986.60. We enter judgment in the amount of $12,934.84, for $18.17 in liquidated damages, $9.27 in interest, $4,690 for audit costs, $7,986.60 for plaintiffs' legal fees, and $230.80 in costs. And we adhere to the views previously expressed in the Memorandum Opinion and Order dated February 20, 2004.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | | Document Number |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | | |
| | No notices required. | | | number of notices | |
| | Notices mailed by judge's staff. | | MAY 04 2004 | | |
| | Notified counsel by telephone. | | date docketed | | |
| ✓ | Docketing to mail notices. | | | | |
| ✓ | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | date mailed notice | |
| LG | courtroom deputy's initials | 2004 MAY -3 PM 4: 32 | | | |
| | | Date/time received in central Clerk's Office | | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GEORGE WEILAND, et al.,              )
                                     )
              Plaintiffs,            )
                                     )
      vs.                            )        No. 02 C 5085
                                     )
RAUSCH CONSTRUCTION COMPANY          )
INCORPORATED,                        )
                                     )
              Defendant.             )

DOCKETED
MAY 4 2004

## MEMORANDUM OPINION AND ORDER

This court entered judgment against defendant on February 20, 2004. Defendant moved to vacate, contending that it had not received various notices, despite orders and correspondence it is hard to believe defendant did not receive. Nevertheless, we vacated the judgment and permitted defendant to file a belated response to plaintiffs' motion for summary judgment.

That response is a legal argument contending that defendant is not or should not be liable for audit and legal fees. It does not dispute any of the undisputed facts previously filed by plaintiff and they are, accordingly, deemed admitted. And it is clear that the Trust Agreement, in the circumstances presented, require the defendant to pay the audit fees, and that 29 U.S.C. §1132(g)(2) requires defendant to pay plaintiffs' legal fees, now increased to $7,986.60. We enter judgment in the amount of $12,934.84, for $18.17 in liquidated damages, $9.27 in interest, $4,690 for audit costs, $7,986.60 for plaintiffs' legal fees, and $230.80 in costs. And we adhere to the views previously expressed in the Memorandum Opinion and Order dated February 20, 2004.

James B. Moran

JAMES B. MORAN
Senior Judge, U. S. District Court

May 3 , 2004.